Joanna Forster (SBN 244943)
  JForster@crowell.com
Clay Marquez (SBN 268424)
  CMarquez@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Defendant*
Wayfair LLC

**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel Haim Sari (State Bar No. 362634)
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
          nathaniel@gucovschilaw.com

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff*
Pooja Prakash, individually and on behalf of all
others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOJA PRAKASH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WAYFAIR LLC, <br><br> Defendant. | Case No. 2:26-cv-00263-DAD-CKD <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND REQUESTING HEARING DATE** <br><br> Date:   May 4, 2026 <br> Time:   1:30 PM <br> Crtrm:  5, 15th Floor <br> Judge:  Hon. Dale A. Drozd |

CROWELL
& MORING LLP

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE;
CASE NO. 2:26-CV-00263-DAD-CKD

Plaintiff and Defendant stipulate and request that the current briefing schedule regarding Defendant's response to Plaintiff's Complaint be modified as follows:

**STIPULATION**

Defendant, by and through the undersigned counsel, and Plaintiff, by and through the undersigned counsel, hereby stipulate as follows:

1. Defendant's answer or response to the Complaint shall be due on March 20, 2026;

2. Plaintiff shall file its opposition, if any, to any motion filed in response to the Complaint by April 10, 2026;

3. Defendant's reply shall be filed by April 24, 2026; and

4. The hearing on the motion shall take place at 1:30 p.m. on May 4, 2026, or as soon as thereafter is mutually convenient for the Court and the Parties.

Dated: February 24, 2026                    CROWELL & MORING LLP


                                            By: */s/ Joanna Forster*
                                            Joanna Forster
                                            Clay Marquez

                                            *Attorneys for Defendant*
                                            Wayfair LLC

Dated: February 24, 2026                    GUCOVSCHI LAW FIRM, PLLC

                                            By: */s/ Adrian Gucovschi*
                                            Adrian Gucovschi

                                            *Attorney for Plaintiff*
                                            Pooja Prakash, individually and on behalf
                                            of all others similarly situated


**PURSUANT TO STIPULATION IT IS SO ORDERED:**


DATED: _____        _____
                                     HONORABLE DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE


CROWELL
& MORING LLP

-2-

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE;
CASE NO. 2:26-CV-00263-DAD-CKD