AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Pooja Prakash | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-cv-00263-DAD-CKD |
| Wayfair, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wayfair, LLC                                                                      .

Date:     2/24/2026

_____
*Attorney's signature*

Joanna Rosen Forster (244943)
_____
*Printed name and bar number*

3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
_____
*Address*

JForster@crowell.com
_____
*E-mail address*

(415) 986-2800
_____
*Telephone number*

(415) 986-2827
_____
*FAX number*