AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Pooja Prakash | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:26-cv-00263-DAD-CKD |
| Wayfair, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wayfair, LLC                                                                         .

Date:     03/12/2026

_____
*Attorney's signature*

Edmundo Clay Marquez (268424)
*Printed name and bar number*

3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
*Address*

CMarquez@crowell.com
*E-mail address*

(415) 986-2800
*Telephone number*

(415) 986-2827
*FAX number*