AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Pooja Prakash | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-00263-DAD-CKD |
| Wayfair, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wayfair, LLC                                                                    .

Date:     03/13/2026

*/s/ Tiffany Aguiar*
*Attorney's signature*

Tiffany Aguiar (335827)
*Printed name and bar number*

Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
*Address*

TAguiar@crowell.com
*E-mail address*

(949) 263-8400
*Telephone number*

(949) 263-8414
*FAX number*