Joanna Forster (SBN 244943)
  JForster@crowell.com
Clay Marquez (SBN 268424)
  CMarquez@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Defendant*
Wayfair LLC

**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel Haim Sari (State Bar No. 362634)
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
      nathaniel@gucovschilaw.com

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff*
Pooja Prakash, individually and on behalf of all
others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOJA PRAKASH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYFAIR LLC,<br><br>        Defendant. | Case No. 2:26-cv-00263-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND REQUESTING HEARING AT COURT'S CONVENIENCE** |

CROWELL
& MORING LLP

Plaintiff and Defendant stipulate and request that the current briefing schedule regarding Defendant's response to Plaintiff's Complaint be modified as follows:

WHEREAS, the parties previously stipulated to extend Defendant's deadline to respond to Plaintiff's Complaint from February 26, 2026 to March 20, 2026, and the Court granted such stipulation on February 25, 2026 (ECF No. 8);

WHEREAS, unforeseen and exigent circumstances have occurred which have caused Defendant to seek a modest additional extension of time to respond to the Complaint;

WHEREAS, Defendant has requested, and Plaintiff has agreed to provide, an additional two weeks' time to respond to the Complaint; and

WHEREAS, this is the second stipulation to extend the deadline by which Defendant shall respond to the Complaint, but this additional extension shall not cause undue prejudice to either party, the Court or the public.

## STIPULATION

Defendant, by and through the undersigned counsel, and Plaintiff, by and through the undersigned counsel, hereby stipulate as follows:

1. Defendant's answer or response to the Complaint shall be due on April 3, 2026;

2. Plaintiff shall file its opposition, if any, to any motion filed in response to the Complaint by April 24, 2026;

3. Defendant's reply shall be filed by May 8, 2026; and

The hearing, if any, shall take place at a time after May 8, 2026 that is convenient to the Court and the parties.

Dated: March 13, 2026

CROWELL & MORING LLP

By: */s/ Joanna Forster*

Joanna Forster
Clay Marquez

*Attorneys for Defendant*
Wayfair LLC

CROWELL
& MORING LLP

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE;
CASE NO. 2:26-CV-00263-DAD-CKD

Dated: March 13, 2026                    GUCOVSCHI LAW FIRM, PLLC

                                         By: */s/ Adrian Gucovschi*
                                             Adrian Gucovschi

                                         *Attorney for Plaintiff*
                                         Pooja Prakash, individually and on behalf
                                         of all others similarly situated

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

DATED: _____          _____

                                        HONORABLE DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

CROWELL
& MORING LLP

-3-

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE;
CASE NO. 2:26-CV-00263-DAD-CKD