Joanna Forster (SBN 244943)
  JForster@crowell.com
Clay Marquez (SBN 268424)
  CMarquez@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Tiffany Aguiar (SBN 335827)
  TAguiar@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

*Attorneys for Defendant*
Wayfair LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOJA PRAKASH, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>WAYFAIR LLC,<br><br>     Defendant. | Case No. 2:26-cv-00263-DAD-CKD<br><br>**DEFENDANT WAYFAIR LLC'S NOTICE OF MOTION AND MOTION TO DISMISS AND COMPEL ARBITRATION OR, IN THE ALTERNATIVE, MOTION TO STRIKE**<br><br>[Memorandum of Points and Authorities; Declaration of Jonathan O'Callaghan; Declaration of Joanna Forster; and [Proposed] Order Filed Concurrently]<br><br>Date:  May 18, 2026<br>Time:  1:30 pm<br>Crtrm:  via Zoom<br>Judge:  Hon. Dale A. Drozd |

CROWELL
& MORING LLP

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Minute Order, Dkt. 12, defendant Wayfair LLC ("Wayfair") notices this Motion for May 18, 2026 at 1:30 pm, via Zoom, before the Honorable Dale A. Drozd, of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA, 95814. "Wayfair" will and hereby does move this Court for:  (1) an order dismissing Plaintiff Pooja Prakash's ("Plaintiff") Complaint in its entirety and compelling Plaintiff to arbitrate her individual claims in accordance with the arbitration clause contained in the Wayfair Terms of Use, to which she agreed, or otherwise stay this action pending arbitration; or, in the alternative (2) to strike Plaintiff's claims for money damages consistent with the class action waiver she agreed to in Wayfair's Terms of Use.

This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and/or 12(b)(6) to dismiss and to compel arbitration of the claims asserted by Plaintiff; sections 3 and 4 of the Federal Arbitration Act ("FAA") to stay pending arbitration; and/or Federal Rule of Civil Procedure 12(f) to strike all claims and allegations for money damages.  This Motion is brought on the following grounds:

1.      Plaintiff expressly agreed to be bound by Wayfair's Terms of Use, which contained a clear and enforceable arbitration agreement which covers this dispute;

2.      Those same Terms of Use contain a class action waiver and as such Plaintiff cannot proceed on a class-wide basis for money damages.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, and the Declarations filed herewith, the records in this action, and such evidence and argument that Wayfair may present at or before the hearing on this Motion.  This Motion is made following the conference of counsel pursuant to L.R. 7-3 and this Court's Standing Order which took place February 26, 2026.

///

///

///

///

CROWELL
& MORING LLP

NOTICE OF MOT. AND MOT. TO DISMISS AND
COMPEL ARBITRATION, OR IN THE ALTERNATIVE,
MOT. TO STRIKE; CASE NO. 2:26-CV-00263

At that time, counsel thoroughly discussed the substance and bases of this Motion.  The parties discussed a potential resolution to this matter at that time but were unable to reach one.

Dated: April 3, 2026                                    CROWELL & MORING LLP

By: _____
Joanna Forster
Clay Marquez
Tiffany Aguiar

*Attorneys for Defendant*
Wayfair LLC

CROWELL
& MORING LLP

-3-

NOTICE OF MOT. AND MOT. TO DISMISS AND
COMPEL ARBITRATION, OR IN THE ALTERNATIVE,
MOT. TO STRIKE; CASE NO. 2:26-CV-00263