Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POOJA PRAKASH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC,<br><br>Defendant. | Case No. 2:26-cv-00263-DAD-CKD<br><br>**DECLARATION OF POOJA PRAKASH IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

DECLARATION OF POOJA PRAKASH

Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

**DECLARATION OF POOJA PRAKASH**

1. I am a named Plaintiff in the above-captioned action against Defendant Wayfair, LLC ("Defendant").

2. I am over 18 years of age, and if called as a witness, I would competently testify to the matters herein from personal knowledge.

3. I am writing this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration.

4. On or about April 26, 2025, I visited Defendant's website at www.wayfair.com (the "Website") and was presented with Google's "One Tap" sign-in feature, which allowed me to log in to the Website using my existing Google account credentials. I clicked a button that said "Continue as [name redacted for privacy]." I understood this button to be a convenient way to sign in using my Google account — not an agreement to Defendant's terms of service. I did not read or review Defendant's terms of service when I signed in. To the extent that any terms of service appeared on the "One Tap" sign-in feature, I would have understood them to contain generic disclosures of the information that Google collects from websites.

5. On June 2, 2025, I purchased Defendant's Wayfair Sleep 10" Medium Memory Foam Mattress for $255.99 (before taxes) via Defendant's Website.

6. I made this purchase through my Chrome browser using my personal iPhone Pro Max 14 smartphone device.

7. When I added the mattress to my cart, I was presented with a Mattress Haul Away add-on service provided by Angi, which I selected. The service was advertised as free.

8. I then proceeded to the checkout page, where I was presented with my shipping address, payment information, and order summary. I used Klarna as my payment method and saw a large purple "Continue with Klarna" button. As I reviewed the information on the screen, I did not

DECLARATION OF POOJA PRAKASH                                                                                           1

Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

see any reference to Defendant's terms of use. I did not scroll down past the "Continue with Klarna" button, and no additional text below that button appeared on my screen.

9.      When I clicked "Continue with Klarna," I understood that I was proceeding to Klarna's payment service to arrange installment payments. I did not understand that click to mean I was placing a final order with Defendant or agreeing to Defendant's terms of use.

10.      On April 13, 2026, I generated a replica of what the checkout screen would have looked like by going to Defendant's Website using my iPhone Pro Max 14 on the same Chrome browser I used for my June 2, 2025 purchase. A true and correct copy of that replica is attached hereto and incorporated herein by reference as **Exhibit A**.

11.      The information displayed is virtually identical to what I saw on June 2, 2025 when I made my purchase, except that the price shown is different. I also scrolled past the "Continue with Klarna" button for the purposes of this declaration only. A true and correct screenshot of the webpage after scrolling down is attached hereto as **Exhibit B**.

12.      After clicking on the "Continue with Klarna" button, I was redirected to Klarna's website to complete my payment. At no point during the Klarna checkout process was I reminded of or asked to agree to Defendant's terms of use. A true and correct screenshot of the Klarna checkout page as it appeared in my browser (taken from my iPhone Pro Max 14 on April 13, 2026) is attached hereto as **Exhibit C**. Although the specific installment terms shown differ from those available on June 2, 2025 (the seven monthly installments I selected are no longer available), the page layout and checkout flow are virtually identical to what I experienced on June 2, 2025.

13.      On April 30, 2025, I purchased a Wayfair Sleep 10" Medium Cooling Gel Memory Foam Mattress for $179.99 (before taxes) via Defendant's Website using the same phone and browser as my June 2, 2025 purchase. I subsequently canceled that order and obtained a full refund for it. Like the June 2, 2025 purchase, I made this purchase using the "Continue with Klarna"

Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

payment method and encountered virtually identical webpages to those from my June 2, 2025 purchase.

14. At no point before or after any of my purchases did I see or click on Defendant's terms of use.

15. At no point before or after my purchases have I seen or agreed to any purported arbitration agreement.

16. I am not acquainted with legal terminology and do not regularly review contracts in my personal or professional capacity. I have never read dense terms and conditions that contain arbitration clauses or class action waivers, nor would I have understood their significance, as I do not have legal experience.

17. I am unaware whether an arbitration agreement has ever existed during my course of dealing with Defendant.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on

4/13/2026 in Rancho Cordova, CA.



Signed by:

E554C8B65C53432...

Pooja Prakash

DECLARATION OF POOJA PRAKASH                                                                                   3