Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

# EXHIBIT A

Docusign Envelope ID: 966D8427-8A99-43F4-A55E-CE31D55A4A37

