# EXHIBIT A

GUCOVSCHI DECLARATION
CASE NO. 2:26-CV-00263-DAD-CKD

