Exhibit F

GUCOVSCHI DECLARATION
CASE NO. 2:26-CV-00263-DAD-CKD

Case 2:26-cv-00263-DAD-CKD     Document 16-11     Filed 04/24/26     Page 2 of 10

**wayfair**   Find anything home...   Sign In   Cart

Furniture   Outdoor   Bedding & Bath   Rugs   Decor & Pillows   Lighting   Organization   Kitchen   Baby & Kids   Home Improvement   Appliances   Pet   Holiday   Shop by Room   ✓ Verified   Sale

Privacy Policy

Your Privacy Rights and Choices

Cookie Policy

**Terms of Use**

Wayfair's Copyright Policy

Written Copyright Claim & Counter Notification Instructions

Wayfair Professional Program Terms

Home Services

Bonus Credits

Wayfair Rewards Program Terms

Wayfair Gift Card Terms and Conditions

Wayfair's Promotional Code Terms and Conditions

# Terms of Use

Last Updated: 6 March 2025

Welcome to Wayfair!

Wayfair LLC and its subsidiaries and affiliates, including Wayfair Illinois LLC ("Wayfair", "we", "us" or "our"), provide website features and other products and services to you when you visit or shop our family of websites (including mobile websites) and our mobile applications, or use our software in connection with any of the foregoing, in each case subject to your compliance with these Terms of Use. Our family of websites and applications includes Wayfair.com and the Wayfair mobile application, as well as our other U.S. websites and mobile applications, including AllModern, Birch Lane, Joss & Main and Perigold (collectively, the "**Sites**").

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THE SITES. These Terms of Use constitute an agreement between Wayfair and you. Additional terms and conditions apply to some services offered on the Sites (e.g., the Wayfair Professional Program, Home Services, and Gift Cards) or through other channels. Those terms and conditions can be found where the relevant service is offered on the Sites or otherwise and are incorporated into these Terms of Use by reference. We recommend that you print out a copy of these Terms of Use for your records.

By using the Sites, you affirm that you are able and legally competent to agree to and comply with these Terms of Use. If you do not agree to these Terms of Use or if you are not legally competent to agree to them, then you may not use the Sites.

**Please note that these Terms of Use contain provisions that govern the resolution of claims between Wayfair and you, including an arbitration agreement, class action waiver, and jury trial waiver that affect your rights. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please see the Legal Disputes section for complete details and review carefully.**

## Privacy & Security

Please review our Privacy Policy, which is incorporated into these Terms of Use and also governs your use of the Sites. To the extent there is a conflict between the terms of the Privacy Policy and these Terms of Use, the Terms of Use govern.

Information security is important to Wayfair. We have established appropriate physical, electronic and managerial safeguards to protect the information that we collect from or about our users. Wayfair does, however, reserve the right at all times to disclose any information as Wayfair deems necessary to satisfy any applicable law, regulation, legal process or governmental request. Please click here for more information.

You are responsible for all activities that occur under your account on the Sites, and for establishing security procedures for maintaining the security and confidentiality of passwords associated with your account. You may not share your account or password with anyone, and you agree to (1) notify Wayfair immediately of any unauthorized access to or use of your password or any other breach of security; and (2) exit from your account at the end of each session on the Sites. You agree not to create an account using a false identity or information, or on behalf of someone other than yourself.

## Changes

Wayfair reserves the right, at any time, to change these Terms of Use, our Privacy Policy and/or the Sites. Changes, however, shall not apply retroactively to claims for which you or Wayfair have given notice. Your use of the Sites following any such change constitutes your agreement to follow and be bound by the Terms of Use and/or Privacy Policy as revised. The revised Terms of Use and/or Privacy Policy supersede all previous versions, notices or statements regarding the Sites. If we request, you agree to sign a non-electronic version of these Terms of Use.

We will notify you of any change to these Terms of Use by any reasonable means, such as by updating the "*Last Updated*" date at the top of these Terms of Use.

## Intellectual Property Rights

The Sites contain valuable trademarks and service marks owned and used by Wayfair, including but not limited to, Wayfair, the Wayfair design logo, Joss & Main, AllModern, Birch Lane, Perigold, and the tag lines "every style every home" and "a zillion things home" (collectively, the "**Wayfair Marks**"). Any use of the Wayfair Marks without the prior written permission of Wayfair is strictly prohibited. The arrangement and layout of the Sites, including but not limited to, the Wayfair Marks, images, text, graphics, buttons, screenshots, music, digitally downloadable files, and other content or material (collectively, the "**Site Content**"), are the sole and exclusive property of Wayfair.

UNAUTHORIZED COPYING, REPRODUCTION, MODIFYING, REPUBLISHING, UPLOADING, DOWNLOADING, POSTING, TRANSMITTING, MAKING DERIVATIVE WORKS OF OR DUPLICATING ALL OR ANY PART OF THE SITES OR ANY AI FEATURES IS PROHIBITED AND MAY BE AN INFRINGEMENT OF WAYFAIR PATENTS AND INVENTIONS.

Wayfair uses a network of independent product and content suppliers, distributors and other such third parties to supply some of the products and content advertised on the Sites. All other trademarks, service marks, product names, package designs and company names or logos associated with these product and content suppliers, distributors and other such third parties that are not owned by us but appear on the Sites are the property of their respective owners.

For claims of copyright infringement, please see our Copyright Policy.

**Product Reviews and other User Generated Content**

From time to time, the Sites permit the submission of content, such as comments, photographs, text, graphics, moving images, sound, illustrations, blogs and product reviews, or any content or information that you publish through social media and permit us to feature by your use of the Wayfair Social Tags (as defined herein) or general written consent, whether generated by you and other users (in each case, **"User Content"**). User Content is governed by these Terms.

You are solely responsible for your own User Content and the consequences of posting or publishing it. Any User Content or other material, information or ideas that you submit to or post or publish on the Sites is non-confidential and non-proprietary. You acknowledge that you will not be paid for Wayfair's use of your User Content.

By submitting User Content directly or by using the Wayfair Social Tags (as defined herein), you represent and warrant to Wayfair that: (i) you have used and are personally familiar with the product that is the subject of your User Content, (ii) your User Content is accurate, honest, and reflects your opinion, (iii) your User Content contains clear and conspicuous disclosures if your User Generated Content is submitted as a result of a sweepstakes entry or gift from Wayfair, (iii) does not violate any copyright, trademark, trade secret, patent or other intellectual property right, any right of privacy or publicity of any third party or any applicable law, rule or regulation, (iv) you own or have the legal right to use and authorize Wayfair to use your User Content, including written consent to use of any product or the name, voice, likeness or any other applicable personal rights of each identifiable person featured or referenced in your User Content and (v) your User Content does not violate Wayfair's *Acceptable Use Policy* set forth below; (vi) and that you will indemnify Wayfair for all claims resulting from User Content that you supply.

As between you and Wayfair, you will retain all of your ownership rights in and to your User Content. By submitting User Content to Wayfair, you hereby grant to Wayfair a perpetual, worldwide, non-exclusive, irrevocable, royalty-free, sublicensable (through multiple tiers) and transferable right and license to use, reproduce, distribute, edit, modify, adapt, translate, reformat, publish, prepare derivative works based upon, display publicly, perform publicly and otherwise exploit (including but not limited to over the Internet, broadcast television or any other uses or media) your User Content, in whole or in part, including future rights that Wayfair (or its successor) may otherwise become entitled to that do not yet exist, as well as new uses, media, means and forms of exploitation throughout the universe exploiting current or future technology yet to be developed. You also hereby grant: (i) to Wayfair the right to use the name and social media user profile associated with your User Content, and (ii) to each user of the Sites a non-exclusive license to access your User Content through the Sites and to use, access, watch, reproduce, distribute, transmit, forward, display and perform such User Content in whole or in part, to the extent permitted by the Sites under these Terms of Use. We may display your User Content or create and display derivative works, including but not limited to advertisements, from your User Content on pages or mediums where your User Content may be viewed by you or others, and we may use your User Content or the created derivative works to advertise, market and promote Wayfair or the Sites.

Wayfair calculates a product's star rating using a proprietary algorithm instead of a simple average. This algorithm considers factors such as the recency of the review and the verified purchase status of the review in order to provide the most accurate representation of the product.

Wayfair does not endorse any User Content or any opinion, recommendation, or advice expressed therein. Wayfair reserves the right but is not obligated to monitor User Content or other content sent to or through the Sites. **Wayfair has the right to refuse, remove, edit or delete any User Content and/or to terminate any user's access to the Sites for any reason.** Wayfair takes no responsibility and assumes no liability for User Content. To the extent that User requires that User Content must be taken down due to third party copyright claims, please review our Copyright Policy.

## Social Media Tag Usage

When you tag us, we may want to share the User Content that you post.

BY USING #WAYFAIRATHOME, #WAYFAIR, #SHAREWITHWAYFAIR, #WAYFAIRFINDS, #YESALLMODERN, @PERIGOLD, #PERIGOLDDESIGN, #MYBIRCHLANE, @BIRCHLANE, #MYJOSSANDMAIN, @JOSSANDMAIN, #AMCOMMUNITY, @ALLMODERN, OR @WAYFAIR AND ANY OTHER SIMILAR SOCIAL MEDIA TAG IN ANY WAY RELATED TO ANY OF THE SITES (THE "WAYFAIR SOCIAL TAGS"), EACH USER AGREES TO PROVIDE WAYFAIR WITH AN UNRESTRICTED, IRREVOCABLE, ROYALTY-FREE, PERPETUAL, FULLY PAID-UP, TRANSFERABLE, WORLDWIDE LICENSE TO USE THE UPLOADED IMAGE(S), TEXT, GRAPHICS, MOVING IMAGES, SOUND, AND ILLUSTRATIONS, OR ANY OTHER MATERIALS IN ANY AND ALL MARKETING MATERIALS, ON SPONSOR'S WEBSITES, AND THROUGH ALL SOCIAL MEDIA CHANNELS. EACH USER REPRESENTS AND WARRANTS THAT UPLOADED IMAGES DO NOT INFRINGE THE INTELLECTUAL PROPERTY RIGHTS OF ANY THIRD PARTY, INCLUDING, BUT NOT LIMITED TO, COPYRIGHTS AND TRADEMARK RIGHTS.

## Acceptable Use Policy

By submitting User Content and otherwise using the Sites, you agree not to: (i) submit any User Content that is protected by or otherwise subject to any third party intellectual property or proprietary rights (including any privacy and publicity rights) unless you own, or have permission from the rightful owner of such rights to post such User Content and to grant Wayfair all of the rights granted herein; (ii) submit any User Content containing minors' likenesses that does not comport with relevant laws, rules, and regulations (iii) upload, post, e-mail or otherwise transmit any content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, hateful or racially, ethnically or otherwise objectionable; (iv) use the Sites to harm any person or entity, including Wayfair; (v) impersonate any person or entity, including but not limited to, a representative of Wayfair, or falsely state or otherwise misrepresent your affiliation with a person or entity; (vi) forge headers or otherwise manipulate identifiers in order to disguise the origin of any content transmitted to or through the Sites; (vii) upload, post, e-mail or otherwise transmit any unsolicited or unauthorized advertising, promotional materials, junk mail or any other form of solicitation; (viii) upload, post, e-mail or otherwise transmit any content that contains computer viruses or other computer code, files or programs that interrupt, destroy or limit the functionality of the Sites or any other computer software or hardware or telecommunications equipment; (ix) intentionally or unintentionally violate any applicable local, state, national or international laws, rules or regulations, including but not limited to those promulgated by the U.S. Federal Trade Commission, U.S. Securities and Exchange Commission; (x) collect, store or use personal information

about other users of the Sites without their consent; (xi) use the Sites (including through submission of User Content) to disparage or make unsubstantiated claims about any person, third party or its/their products or services; (xii) use any of the Sites in any manner that could overburden or impair any of the Sites or the networks or systems connected to the Sites; and/or (xiii) use any device, software or instrumentality to interfere with the proper working of the Sites or disobey any requirements, procedures, policies or regulations of networks connected to the Sites.

You also agree that you will not violate or attempt to violate the security of the Sites. Violations of system or network security may result in civil or criminal liability. Wayfair reserves the right to investigate occurrences which may involve such violations and may involve and cooperate with, law enforcement authorities in prosecuting users who have participated in such violations.

You further agree that you may not use, or allow any other person or entity to use, any materials found on this website for the purpose of investigating, supporting, threatening or filing any intellectual property infringement claim against Wayfair or its affiliates or for the purpose of developing or using an offering or product directly or indirectly competing with an offering or product from Wayfair. Your failure to comply with these prohibitions constitutes breach of these Terms of Use with respect to the materials at issue. Each instance of noncompliance (e.g., each use of a digital file contrary to these Terms of Use) constitutes a separate instance of breach and subjects you to a payment obligation in the amount of $75,000 USD per instance of breach, as liquidated damages and not as a penalty. In addition, Wayfair reserves the right to seek damages for infringement for copyrighted materials. You agree that damages reasonably anticipated from a potential breach are difficult to ascertain because of their indefiniteness or uncertainty and the amount stipulated is reasonably proportionate to the damages actually caused by the breach.

## Chatbots and Use of Generative AI

The Sites and Site Content may offer or integrate certain artificial intelligence features, including Chatbots or other Generative AI (each as defined below and collectively, "**AI Features**"). Any AI Feature is considered part of the Sites, and your use of an AI Feature is considered part of your use of the Sites. Further, the Sites, Site Content or AI Features may contain valuable subject matter protected by patent applications, or patents (collectively, the "**Wayfair Patents and Inventions**") These AI Features are subject to the following additional terms:

- You acknowledge that the use of AI Features may result in information, responses, content, data, recommendations and other materials generated and/or provided for you and other users through AI Features (collectively, the "**Output**") that are inaccurate, incomplete or out-of-date or otherwise not fit for use (including from a legal and/or business perspective). AI Features may also misunderstand the content, including text, instruction, images or other materials, that you input (the "**Input**"). Wayfair assumes no responsibility and disclaims all warranties in the Outputs. Before using any Output, you should carefully review all Outputs (including pricing information) for accuracy and to ensure that such Output meets your needs.

- Unless an associated disclosure states otherwise, the Output may be based on information available on the Sites or provided by manufacturers, suppliers or other third parties (e.g. Wayfair service providers), customer reviews or other User Content, or other publicly available information, and third-party AI models. Any views or opinions expressed in the Output do not necessarily reflect those of Wayfair and should not be attributed to Wayfair.

- AI Features may be subject to additional terms and conditions, including the terms and conditions of Wayfair's third party service providers. Wayfair is not responsible for the functioning, availability, or accuracy of third-party services integrated into the Sites or the AI Features.

- You will not use any AI Features:

  - To produce violent, abusive, or deceptive content or to otherwise cause harm.

  - For deceptive, misleading or unethical practices that are or might be detrimental to Wayfair or the general public.

  - To take any action that would otherwise constitute a violation of these Terms of Use.

- You are responsible for any Input you submit and making sure that such Input is appropriate and permissible under these Terms of Use. You will ensure that any Input you provide does not infringe upon, misappropriate or violate any copyright, trademark, privacy, publicity, or other intellectual or proprietary right of any third party and that, unless specifically requested by Wayfair in connection with a particular AI Feature, any Input does not include any confidential or proprietary data, personal information, or other similarly restricted data, content, or information.

- Additionally, you understand and agree that Input to the AI Features may not be kept confidential, and any of your User Content (including but not limited to the Inputs), as well as your purchasing history from the Sites, your use of promotions as well as personal information, may be used to further enhance and improve the AI Features, the underlying model and the Sites as well as to generate Output. Inputs will be collected, used and retained by Wayfair in order to answer questions and inquiries from you as well as other users, to help improve how the AI Features operate, and for the other purposes described in our Privacy Policy. Though you have a right to use all Outputs generated by the AI Features, the Outputs are owned by Wayfair.

- The AI Features are provided on an "as-is" basis. We make no warranties about their accuracy or that they will meet your expectations.

- We will not be liable for your use or inability to use the AI Features, any inaccurate information generated by the AI Features, or any materials generated by the AI Features.

"**Chatbot**" means an application feature or interface by which you are able to engage in voice or text communications that are intended to mimic human interactions and conversations, including through the use of Generative AI and third-party large language models.

"**Generative AI**" means artificial intelligence, including large language models made by us or third parties, capable of generating new text, images, or other media.

## Product Orders

The receipt of an order number or an email order confirmation does not constitute the acceptance of an order or a confirmation of an offer to sell. Wayfair reserves the right, without prior notification, to limit the order quantity on any item and/or to refuse service to any customer. Verification of information may be required prior to the acceptance of an order. However, by confirming your purchase at the end of the checkout process, you agree to accept and pay for the products as well as the shipping and handling charges and applicable taxes. The sales tax is based on the applicable state and local tax rates and laws, as well as the relevant circumstances such as the shipping, destination and/or service location of your order. For example, certain orders placed via mobile application while engaging with store-specific mobile application features are accepted, and payment is deemed received, at the participating store location, so that in some states the order will be deemed placed at the store location. As another example, orders placed on the Sites without using a store-specific mobile application, for shipment to destinations within the State of Illinois, are sold by Wayfair Illinois LLC, as indicated by your email order confirmation and invoice. Please consult a tax professional for more information regarding the applicable sales tax on your order. Your email order confirmation and invoice will identify the seller of record for your order and the applicable sales tax rate. Prices and availability of products on the Sites are subject to change without notice. Errors will be corrected when discovered and Wayfair reserves the right to revoke any stated offer and to correct any error, inaccuracy, or omission (including after an order has been submitted). Certain orders constitute improper use of the Sites and the Wayfair Rewards Program described below. Wayfair reserves the right, at its sole discretion, to refuse or cancel any order for any reason. Your account may also be restricted or terminated for any reason, at Wayfair's sole discretion. Items purchased pursuant to a quantity discount may be re-priced upon cancellation.

## About Our Prices

Where a product listing on our Sites references a higher price, typically denoted by a strikethrough (e.g. "~~$549~~"), such higher price represents the retail price suggested by the manufacturer or supplier. In the absence of a price suggested by the manufacturer or supplier, this price represents the highest price at which we offered or sold the product at some point in the past. For "Flash Deals", where a product is temporarily being sold at a reduced price, an additional strikethrough price is presented that represents a recent previous price before the Flash Deal promotion. The "Sale" tag on a product listing on our Sites signifies that we are selling the product at a discount from a price in the previous 90 days. The Wayfair's Choice badge represents a shortlist of highly-rated, well-priced products we know customers love.

When we use the term "Closeout," we mean either that the product has been permanently reduced and will not return to the original price or that the product is temporarily being sold at a reduced price in order to clear an overstock of either Wayfair or supplier inventory. Prices of products listed on our Sites as "Closeout" may fluctuate during the "Closeout" promotion period for such products. For temporary "Closeout" pricing, such products may return to prices that are equal to or greater than their original prices upon expiration of the applicable "Closeout" promotion period.

We do not price match. Promotional codes can only be applied during purchase. Customer Service will be unable to honor any promotional code adjustments post-order.

Prices and promotions on the Sites may differ from prices and promotions at our physical retail locations.

## Wayfair Rewards Program

The Wayfair Rewards Program (the "**Rewards Program**") is exclusively for users of the Sites who have registered for the Rewards Program in accordance with the directions set forth below and on the Sites. Rewards Dollars may be applied to future purchases at the Participating Sites in accordance with these Terms of Use. Please click here for complete Rewards Program details, as may be in effect from time to time and which are incorporated herein by reference.

## Links to Other Websites

The Sites may contain links to third-party websites ("**Other Sites**") that are not under Wayfair's control. Wayfair makes no claim and accepts no responsibility regarding the quality, nature or reliability of the Other Sites that are accessible by hyperlinks from the Sites or link to the Sites. Wayfair provides these links to you as a convenience and the inclusion of any link does not imply endorsement by Wayfair of Other Sites or any association with the operators of such Other Sites. You are responsible for viewing and abiding by the privacy statements and terms of use posted at any third-party sites.

## Mobile Devices, SMS, and Mobile Applications

If you use a mobile device to access pages of the Sites optimized for mobile-viewing, opt in to receive SMS (text messages) from Wayfair (as/when available), or use a mobile application, the following additional terms and conditions ("**Mobile Terms**") also apply to you. Your access to the Sites via your mobile device or use of a mobile application confirms your agreement to these Mobile Terms, as well as the rest of the Terms of Use.

By opting in, you agree to receive promotional and personalized marketing text messages (e.g., SMS and MMS) on your mobile device from Wayfair, including text messages that may be sent using an automatic telephone dialing system, to the phone number you provided when signing up or any other phone number that you designate. These messages may be recurring or one-time messages.

Message frequency varies. Wayfair reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Wayfair also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so.

Our SMS text messaging programs may include:

- 84047: Promotional messages, message frequency varies

- 84047: Shopping cart reminders, message frequency varies

- 76069: Order updates and / or authentication texts, message frequency varies

Your consent is not required as a condition of purchasing any goods or services from Wayfair. You can opt out at any time and for any reason by following provided instructions or by texting "STOP" to the number associated with the SMS message. You will receive one further message confirming you are unsubscribed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Wayfair and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Wayfair through any other programs you have joined until you separately unsubscribe from those programs. If you wish to join again, you can opt in at any time. If you have any questions or require further assistance, you may respond "HELP" to the number associated with the SMS message. For more information, please contact us by emailing service@wayfair.com (please reference "Questions about SMS").

By agreeing to receive SMS messages from Wayfair, you certify that you are over 18 years of age and (a) you are the mobile account holder or (b) you have the account holder's permission to enroll the designated mobile phone number and understand that message and data rates may apply. You agree that you are solely responsible for all message and data charges that apply to use of your mobile device to access the Sites or use of a mobile application. All such charges are billed by and payable to your mobile service provider. Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Please contact your participating mobile service provider for pricing plans, participation status and details. Wayfair, its service providers, and the mobile carriers are not liable for delivered or undelivered content. You understand that wireless through Wi-Fi or a participating mobile service provider may not be available in all areas at all times and may be affected by product, software, coverage or other service changes made by your mobile service provider or otherwise. Additional terms and conditions may apply to your use of a mobile application, based on the location and nature of use and the type of mobile device on which you install and use the mobile application.

View our Privacy Policy here.

## Notice to California Residents

California Proposition 65 requires that special warnings be provided when products contain chemicals known by the State of California to cause cancer, birth defects, or other reproductive harm if the use of those products may cause exposure to those chemicals above specific limits. These warnings relate to some but not all tools, lead crystal glassware, ceramic tableware, tiffany style lamps, and electrical cords. Please call us prior to ordering if you have any questions regarding the safety of these products.

Pursuant to California Civil Code Section 1789.3, Wayfair provides users of the Sites with the following notice: You may report complaints to the Consumer Information Division of the California Department of Consumer Affairs in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at 800-952-5210.

## Communications with Wayfair

For all communications made to or with Wayfair, including but not limited to feedback, questions, comments, suggestions and the like: (i) you will have no right to confidentiality in your communications and Wayfair will have no obligation to protect your communications from disclosure; (ii) Wayfair will be free to reproduce, use, disclose and distribute your communications to others without limitation; and (iii) Wayfair will be free to use any ideas, concepts, know-how, content or techniques contained in your communications for any purpose whatsoever, including, but not limited to, the development, production and marketing of products and services that incorporate such information.

## Indemnity

You agree to indemnify and hold Wayfair and its agents and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of (i) your use of the Sites, including any User Content you submit, post to or transmit through the Sites, (ii) your violation of these Terms of Use or (iii) your violation of any rights of another user.

## Disclaimer of Warranties

Wayfair intends for the information and data contained in the Sites to be accurate and reliable but since the information and data have been compiled from a variety of sources, they are provided 'AS IS' and "AS AVAILABLE". You expressly agree that your use of the Sites and any information contained therein is at your sole risk. Accordingly, to the extent permitted by applicable law, WAYFAIR EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES AND CONDITIONS OF TITLE, NON-INFRINGEMENT, ACCURACY, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY WARRANTIES AND CONDITIONS THAT MAY ARISE FROM COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE. Some jurisdictions do not allow the disclaimer of warranties or conditions so such disclaimers may not apply to you.

## Limitation on Liability

IN NO EVENT WILL WAYFAIR OR ITS OFFICERS, MANAGERS, MEMBERS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, DISTRIBUTORS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE OR VIA OTHER CHANNELS, INCLUDING BUT NOT LIMITED TO PHONE AND EMAIL, BE LIABLE TO ANY USER OF THE SITES OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITES OR ANY INFORMATION CONTAINED THEREIN, INCLUDING USER CONTENT, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF WAYFAIR HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES.

You hereby acknowledge that the preceding limitation on liability will apply to all content, merchandise and services available through the Sites

or other channels. Because some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, in such jurisdictions liability is limited to the fullest extent permitted by law. Regardless of the previous paragraphs, if Wayfair is found to be liable, our liability to you or to any third party is limited to the greater of (a) the amount in dispute not to exceed the total amount which you paid to us in the twelve (12) months prior to the action giving rise to the liability or (b) USD $100.

**IN ADDITION, TO THE FULLEST EXTENT PERMITTED BY LAW, YOU MUST PROVIDE NOTICE TO WAYFAIR, PURSUANT TO THE PROCESS REFERENCED BELOW, OF ANY CLAIM WITHIN ONE YEAR OF ITS ACCRUAL OR YOUR CLAIM IS WAIVED AND TIME-BARRED.**

## Legal Disputes

**PLEASE READ THIS SECTION CAREFULLY. EXCEPT AS THE TERMS OF USE OTHERWISE PROVIDE, YOU WAIVE YOUR RIGHTS TO TRY ANY CLAIM IN COURT BEFORE A JUDGE OR JURY AND TO BRING OR PARTICIPATE IN ANY CLASS, COLLECTIVE, OR OTHER REPRESENTATIVE ACTION. Other rights that you would have if you went to court, such as access to discovery or appeals, also might be unavailable or limited in arbitration.**

### Agreement to Binding Arbitration; Class Action Waiver

**Any dispute, claim or controversy (that is not resolved informally as set forth below) between you and Wayfair, its agents, employees, officers, directors, principals, successors, assigns, subsidiaries or affiliates (collectively for purposes of this section, "Wayfair") arising from or relating in any way to: (1) these Terms of Use and their interpretation or the breach, termination or validity thereof, and the relationships which result from these Terms of Use; (2) your use of any website owned or operated by Wayfair and its affiliated brands; or (3) any products or services sold or distributed by Wayfair and its affiliated brands or through any website owned or operated by Wayfair and its affiliated brands (collectively, "Covered Disputes") will be resolved by binding arbitration, rather than in court. Covered Disputes shall be interpreted broadly.**

### Mandatory Informal Dispute Resolution

Wayfair values its customers and seeks to resolve disputes informally where possible. Before formally pursuing a Covered Dispute in arbitration, you agree to first send a detailed notice ("Notice") to Wayfair by email at legal@wayfair.com. If Wayfair has a dispute with you, Wayfair agrees to first send a detailed Notice to your e-mail address on file with us. Your Notice must contain all of the following information: (1) your full name; (2) your address, telephone number, and email address; (3) information sufficient for Wayfair to identify any transaction at issue (e.g., your order number, order confirmation communication, etc.); and (4) a detailed description of your dispute, the nature and basis of your claim(s), and the nature and basis of the relief you are seeking with a calculation for it. You must personally sign this Notice. Wayfair's Notice will likewise set forth (1) information sufficient for you to identify any transaction at issue and (2) a detailed description of our dispute, the nature and basis of our claim(s), and the nature and basis of the relief we are seeking with a calculation for it. You and Wayfair agree to negotiate in good faith about the dispute in an effort to swiftly resolve it to your satisfaction without the need for a formal proceeding. Should Wayfair request a telephone conference with you in an effort to resolve your dispute as part of this informal process, you agree to personally participate (with your counsel if you are represented). This process should result in resolution of the dispute, but if for some reason it is not resolved within 60 days after receipt of a fully completed Notice and the parties have not agreed to extend this time period, you or Wayfair may initiate an arbitration. Compliance with and completion of this mandatory informal dispute resolution process is a condition precedent to filing any demand for arbitration. The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in this process. Unless prohibited by applicable law, the arbitration administrator shall not accept or administer any demand for arbitration unless the claimant has certified in writing that they have fully complied with this process. This certification shall be personally signed by you or Wayfair. A court shall have the authority to enjoin the filing or prosecution of arbitrations without first providing a fully completed Notice and participating in good faith in this informal dispute resolution process.

### Initiating Arbitration and Arbitration Rules

Any arbitration between you and Wayfair shall be administered by National Arbitration and Mediation ("NAM") in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Legal Disputes Section. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unavailable or unwilling to administer the proceeding under the Legal Disputes Section as written, the parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to the AAA Consumer Arbitration Rules and the Consumer Due Process Protocol (collectively, "AAA Rules") in effect at the time any demand for arbitration is filed with AAA, as modified by this Legal Disputes Section. If the AAA is unavailable or unwilling to apply this Legal Disputes Section as written, the parties shall mutually agree on an alternative administrator that will administer the proceeding under the Legal Disputes Section as written. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an arbitration administrator that will do so. Any arbitration will be held before a single neutral arbitrator.

To begin an arbitration proceeding, you must send the demand for arbitration or arbitration notice form made available from the arbitration administrator and supplement that form with a detailed description of your claim, including with the information required for your Notice and the accompanying signed certification of compliance with the informal process referenced above (collectively referred to as "demand for arbitration"), to NAM (or to AAA if it is the administrator as set forth above). You must personally sign your demand for arbitration. You agree to also send Wayfair a copy of your demand for arbitration at legal@wayfair.com. If Wayfair initiates arbitration, we will send a copy of our demand for arbitration to your email address on file with us.

You may choose to have the arbitration conducted by telephone, virtually, based on written submissions, or in person in the county where you live or at another location reasonably convenient for you, or at a mutually agreed-upon location. Wayfair reserves the right to request an in-person or videoconference hearing at any point within 14 days after its deadline to file any answer. After that time, Wayfair retains the right to request an in-person or virtual hearing from the arbitrator, which the arbitrator may elect to require along with your participation (with your counsel if you are represented). Should a hearing take place in person, it shall take place consistent with the geographic parameters set forth

above.

### Arbitration Fees

Payment of all filing, administration and arbitrator fees will be governed by the NAM Rules (or the AAA Rules should AAA be the designated administrator as set forth above). Upon a showing of financial hardship, Wayfair will consider your request to promptly reimburse your portion of the arbitration fees provided for in the NAM (or AAA) Rules.

### Arbitration Authority

**The arbitrator has the sole authority to and shall address all claims or arguments by both parties concerning the formation, legality, and enforceability of this arbitration clause, the scope of this clause, and the arbitrability of any claim or issue arising between us.**

There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages) only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. The arbitrator may not award relief for or against anyone who is not a party to the proceeding. The arbitrator is bound by and must follow the terms of these Terms of Use as a court would. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to address the essential findings and conclusions of law on which the award is based. The arbitration award shall be binding only between you and Wayfair and shall have no preclusive effect in any other arbitration or proceeding involving a different party, provided that the arbitrator may consider rulings in other arbitrations involving different individuals. The arbitrator may award fees and costs as provided by the NAM Rules (or the AAA Rules if AAA is the designated administrator as set forth above) or to the extent such fees and costs could be awarded in court or if the arbitrator determines that a claim, proceeding, or defense was frivolous or brought for harassment, for an improper purpose, or in bad faith. The arbitrator shall apply the provisions of Federal Rule of Civil Procedure 68 after entry of the award.

### Sole Exceptions to Arbitration

Notwithstanding the foregoing, in lieu of arbitration: (1) either you or Wayfair may elect to have an individual claim heard in small claims court consistent with any applicable jurisdictional and monetary limits that may apply, provided that it is brought and maintained as an individual claim and is not appealed or removed to any court of general jurisdiction; and (2) you agree that you or Wayfair may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

### Jury Trial and Class Action Waiver

**Except as the Terms of Use otherwise provide and to the fullest extent permitted by law, you and Wayfair acknowledge and agree that you are each waiving the right to a trial by jury and to the litigation of disputes in state or federal courts of general jurisdiction. The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action/class arbitration or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. You and Wayfair may not be plaintiffs or class members in any purported class, collective, private attorney general, or representative proceeding, or otherwise make or proceed with any claim on a collective or consolidated basis, and may each bring claims against the other only in your or its individual capacity. As referenced above, the arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to provide relief warranted by the individual claim. If a court determines that this class action waiver is not enforceable as to a particular claim or request for relief and all appeals from that decision have been exhausted (or the decision is otherwise final), then the parties agree that that particular claim or request for relief shall proceed in court but shall be stayed pending arbitration of the remaining claims.**

### Special Additional Procedures for Mass Arbitration

If 25 or more individuals seek to initiate arbitrations with Wayfair raising similar claims, and counsel for the individuals bringing the claims are the same or coordinated or the claims are otherwise coordinated ("Mass Claims"), you and Wayfair agree that these additional procedures shall apply, along with the applicable NAM Rules (or the applicable AAA Rules if AAA is the administrator as set forth above). You understand and agree that if you choose to initiate your claim as part of Mass Claims, the adjudication of your claim might be delayed. Counsel for the individuals and counsel for Wayfair shall each select 15 cases (per side) to be filed in and proceed in arbitration in bellwether proceedings to be resolved individually. Each case shall be assigned to a separate and different arbitrator. In the meantime, no other cases may be filed or deemed filed in arbitration, and the arbitration administrator shall not accept or administer arbitrations commenced in violation of these procedures. If the parties are unable to resolve the remaining cases after the conclusion of the first stage of bellwether proceedings, each side may select another 15 cases (per side) to be filed in and proceed in arbitration in a second set of bellwether proceedings to be resolved individually. Each case shall be assigned to a separate and different arbitrator. This process shall continue consistent with this staged process of administering and moving forward a maximum of 30 individual arbitration proceedings at a time until the parties are able to resolve all of the Mass Claims, either through settlement or arbitration. If these additional mass arbitration procedures apply to your claim, any applicable statute of limitations shall be tolled from the time the first cases are selected for a bellwether proceeding until your claim is selected for a bellwether proceeding, withdrawn, or otherwise resolved. A court shall have the authority to enforce these mass arbitration procedures and, if necessary, to enjoin the filing or prosecution of arbitrations.

### Governing Law

You and Wayfair agree that any claim between us involves commerce under, and is governed exclusively by, the Federal Arbitration Act ("FAA") and federal law, and not by any state or local laws, or the laws of other countries, concerning or purporting to place limits on the availability or scope of arbitration or in any way imposing requirements beyond or inconsistent with those set forth in the FAA. Where otherwise applicable, the laws of the Commonwealth of Massachusetts apply. Should any action proceed in court (other than in small claims court), you consent to the exclusive jurisdiction of the federal and state courts of the Commonwealth of Massachusetts.

Other

To the extent that any other provision of the Terms of Use is found to be inconsistent with rights, duties, and requirements of this arbitration agreement, or where the application of such a provision would change or render unenforceable any part of this arbitration agreement, such provision shall be null and void and the terms of this arbitration agreement shall control.

## Termination

Your ability to access and use the Sites remains in effect until terminated in accordance with these Terms of Use. You agree that Wayfair, in its sole discretion, may terminate your account and your use of the Sites and may remove and delete your User Content if Wayfair believes that you have violated or acted inconsistently with these Terms of Use or for any other reason. Wayfair also may in its sole discretion and at any time discontinue providing the Sites, or any part thereof, with or without notice. You agree that any termination of your access to the Sites may be effected without prior notice and you acknowledge and agree that Wayfair may bar any further access to the Sites. Further, you agree that Wayfair will not be liable to you or any third-party for any termination of access to the Sites.

For instructions for deleting your account, please see the "Your Privacy Rights and Choices" section of our Privacy Policy.

The provisions of the Intellectual Property Rights, User-Generated Content, Acceptable Use Policy, Disclaimer of Warranties, Indemnity, Limitation of Liability, Legal Dispute sections, together with and any other rights and obligations which by their nature are reasonably intended to survive such termination, will survive any termination of these Terms of Use.

## Right to Access

YOU MUST BE AT LEAST AGE 13 TO USE THE SITES. By using the Sites, you affirm that you are over age 13. If you are under age 13, you may not access or use the Sites.

IF YOU ARE A PARENT OR GUARDIAN THAT PROVIDES CONSENT TO YOUR TEENAGER'S REGISTRATION WITH AND USE OF THE SITES, YOU AGREE TO BE BOUND BY THESE TERMS IN RESPECT OF SUCH TEENAGER'S USE OF THE SITES.

## Outages

Wayfair periodically schedules system downtime for the Sites for maintenance and other purposes. Unplanned system outages also may occur. You agree that Wayfair has no responsibility and is not liable for: (a) the unavailability of any of the Sites; (b) any loss of data, information or materials caused by such system outages; (c) the resultant delay, mis-delivery or non-delivery of data, information or materials caused by such system outages; or (d) any outages caused by any third parties, including without limitation any companies or servers hosting any of the Sites, any Internet service providers or otherwise.

## Jurisdictional Issues

The Sites are operated by Wayfair from its offices in Boston, Massachusetts, USA. The Sites are intended for users who reside in the United States of America. Wayfair makes no representations or warranties that the Sites or any materials contained in them are valid, appropriate or available for use outside of the United States. If you access and use the Sites outside the United States, you do so at your own risk and are responsible for compliance with applicable local laws. Wayfair reserves the right to limit the availability of the Sites and/or the provision of any service, program or other product described thereon to any person, geographic area or jurisdiction, at any time and in our sole discretion. Any software on the Sites is subject to United States export controls and may not be downloaded or otherwise exported or re-exported: (a) into (or to a national or resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria or any other country to which the United States has embargoed goods or which is subject to other applicable U.S. trade sanctions; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using any software from the Sites, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

## General Information

No waiver of any provision or any breach of this Agreement will constitute a waiver of any other provisions or any other or further breach. In the event that any provision of this Agreement is determined to be illegal or unenforceable, the balance of the Agreement shall continue to be fully valid, binding, and enforceable. These Terms of Use set forth the entire Agreement between you and Wayfair with respect to use of the Sites and supersede any prior agreements between you and Wayfair relating to such subject matter. The Terms are not assignable, transferable or sublicensable by you except with Wayfair's prior written consent. No waiver by either party of any breach or default hereunder will be deemed to be a waiver of any preceding or subsequent breach or default. No agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by these Terms of Use. Any heading, caption or section title contained herein is inserted only as a matter of convenience and in no way defines or explains any section or provision hereof. Wayfair's performance of these Terms of Use is subject to existing laws and legal process, and nothing contained in these Terms of Use is in derogation of Wayfair's right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Sites or information provided to or gathered by Wayfair with respect to such use. A printed version of these Terms of Use and of any notices given in electronic form will be admissible in judicial or administrative proceedings based upon or relating to these Terms of Use to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. The parties agree that all correspondence relating to these Terms of Use must be written in the English language.

## Violations

Please report any violations of these Terms of Use to the system administrator here.

## Questions?

If you have questions, comments or complaints about these Terms or the Sites, please contact us here (please reference "Questions about the

If you have questions, comments or complaints about these Terms of the Sites, please contact us here (please reference "Questions about the Sites").





**ATTENTION, WAYBORS!**

**Don't miss exclusive deals and perks on the app**

SCAN TO DOWNLOAD

Download the App

**New Here? Grab 10% Off Your First Order.**

Terms & Privacy Policy
Exclusions Apply

Email Address

Submit

## About Us

About Wayfair

Wayfair Rewards

Wayfair Professional

Design Services

Gift Cards

Wayfair Credit Card

Wayfair Financing

Product Collections

Careers

Sell on Wayfair

Creators

Investor Relations

Advertise With Us

Locations

## Customer Service

My Orders

My Account

Track My Order

Wayfair Accessibility Statement

Return Policy

Help Center

Ideas & Advice

Product Recalls

## Contact Us

 Quick Help

Call Us

**Customer Service**

**Shopping Assistance**

JOSS & MAIN    ALLMODERN    BIRCH LN

    

Terms of Use    Privacy Policy    Your Privacy Rights & Choices

Could not generate your unique web-ID verification code, please refresh or try a different page. If you're using an Ad Blocker or VPN, consider turning it off and trying again.

© 2025 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116