Docusign Envelope ID: CCF98832-79A4-836B-80AD-429A4D8A9FDE



Joanna Forster (SBN 244943)
JForster@crowell.com
Clay Marquez (SBN 268424)
CMarquez@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Tiffany Aguiar (SBN 335827)
TAguiar@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

*Attorneys for Defendant*
Wayfair LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

POOJA PRAKASH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WAYFAIR LLC,

Defendant.

Case No. 2:26-cv-00263-DAD-CKD

**DECLARATION OF JONATHAN O'CALLAGHAN IN SUPPORT OF DEFENDANT WAYFAIR LLC'S REPLY TO ITS MOTION TO DISMISS AND COMPEL ARBITRATION OR, IN THE ALTERNATIVE, MOTION TO STRIKE**

Judge: Hon. Dale A. Drozd

**DECLARATION OF JONATHAN O'CALLAGHAN**

1. I am a Senior Specialist of Global Privacy for Wayfair Stores, Ltd., a subsidiary of Defendant Wayfair LLC ("Wayfair"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify thereto.
2. I submit this Declaration in support of Wayfair's Reply Motion in Support of its Motion to Dismiss and Compel Arbitration, or in the Alternative, Motion to Strike all claims asserted by Plaintiff Pooja Prakash ("Plaintiff").
3. I have been a member of the Global Privacy team at Wayfair since June 2022. In that capacity, my responsibilities at Wayfair include data governance, auditing, and managing user data privacy. In this role, I work as part of a team that conducts investigations into how users create their accounts, and we ensure that Wayfair's Terms of Use ("Terms") and Privacy Policy are present and agreed to on Wayfair's various account sign up modals (i.e., desktop, app, mobile web).
4. I have reviewed Plaintiff's Declaration and that of her counsel, Adrian Gucovschi, offered in support of her Opposition to Wayfair's Motion to Dismiss and the attached documentation.
5. As I stated in my initial declaration submitted in support of Wayfair's Motion, dated April 2, 2026, Wayfair maintains record of user account creation, login and purchases. As I stated in that Declaration, I have reviewed Wayfair's records and can confirm that on April 26, 2025, at 4:08 p.m., Plaintiff created her account on Wayfair through the Google One Tap sign-in feature on www.wayfair.com using her mobile phone.
6. As stated above, I have worked for Wayfair in this role since June 2022. Since that time, familiarity with and knowledge Wayfair's account creation, sign in and login screens and

modals is part of my job duties. I can attest that Google One Tap account creation has been available on mobile phone web browser since at least when I started working in this role at Wayfair in June 2022.

7. I understand that Plaintiff raised questions concerning whether the screenshot I previously provided illustrating what Plaintiff would have seen when creating an account on www.wayfair.com on April 26, 2025 was generated on a desktop or a mobile device. In the interest of avoiding any confusion and ensuring a complete and accurate record, on May 5, 2026, I used my mobile phone a to generate a replica of what Plaintiff would have seen on April 26, 2025 when she used her mobile phone and navigated to Wayfair's mobile website on www.wayfair.com to create an account on Wayfair using the Google One Tap sign-in feature . To the best of my knowledge and consistent with the knowledge I have in connection with my job duties, I attest that the Google One Tap account creation screen available on mobile phone web browser has not materially changed between April 26, 2025 and today.

8. Attached hereto and incorporated herein by reference is a true and correct version of the replica I created using my phone and my own personal Gmail account on May 5, 2026.

   a. As you can see from the attached, the action button says "Continue as Jonathan" – I attest that I am Jonathan. I have redacted my personal Gmail username to preserve this personally identifiable information.

   b. I attest that Plaintiff would have seen the same image on her cellphone when she created her account on mobile web as is contained in Exhibit A.

   c. Plaintiff would have used her Gmail address to login, or if already logged into Google/Gmail, clicked the "Continue as [GOOGLE USER]" button. The information contained in the "Continue as [GOOGLE USER] would have been

Plaintiff's name, "Pooja" (or "Rayan" which is also associated with her account), or her Gmail address. To protect Plaintiff's privacy, I have not included her Gmail address herein, but I can furnish it upon request.

9. On June 2, 2025, Plaintiff purchased a Wayfair Sleep 10" Medium Memory Foam Mattress from Wayfair from her mobile phone on web browser. Her method of payment was Klarna.

10. Prior to this, on April 30, 2025 at 2:10 p.m., Plaintiff purchased a Wayfair Sleep 10" Medium Cooling Gel Memory Foam Mattress from Wayfair via mobile web browser. Her method of payment was Klarna.

11. On April 29, 2026, I personally clicked the "Terms" hyperlink from the Google One Tap extension and it took me to the webpage containing Wayfair's current Terms of Use, revised in January 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed 07 May 2026 in Clare, Ireland.

DocuSigned by:
Jonathan O'Callaghan
EADC0CB7F04744E...

Jonathan O'Callaghan