# EXHIBIT A

3 11:50

99

wayfair.com

4

wayfair

Sign In

Find anything home...

THE OUTDOOR EVENT | SPEND $500+, SAVE $100** →



search it.
see it with AI.
Try it now →

## spend & save: outdoor furniture →

Use wayfair.com with google.com

[redacted]@gmail.com

Continue as Jonathan

To continue, google.com will share your name, email address and profile picture with this site. See this site's privacy policy and Terms of Service.