UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

POOJA PRAKASH,

          Plaintiff,

    v.

WAYFAIR LLC,

          Defendant.

No.  2:26-cv-00263-DAD-CKD

ORDER DENYING MOTION TO STRIKE NOTICE OF SUPPLEMENTAL AUTHORITY

(Doc. No. 19)

This matter is before the court on defendant's May 27, 2026 request for a court order striking plaintiff's notice of supplemental authority (Doc. No. 18). (Doc. No. 19.) Defendant contends that plaintiff's notice of supplemental authority contains additional argument on the motion in violation of this court's Local Rules and Standing Order. (*Id.* at 2.) Local Rule 230(m)(2) authorizes parties to file a "notice of supplemental authority" which "may contain a citation to the new authority but may not contain additional argument on the motion." L.R. 230(m)(2). A review of plaintiff's notice of supplemental authority reflects that therein plaintiff cited a recent district court order, quoted relevant portions, and informed this court in a single sentence that the case is relevant to certain subsections of plaintiff's opposition. (Doc. No. 18 at 2.) The court does not find that this notice contains any new argument, but instead merely provides a clear citation to the court to assist in its efficient resolution of this matter.

/////

1

Accordingly, the court will deny defendant's motion to strike the notice of supplemental authorities.

In addition, the court finds it prudent to remind defendant's counsel that the Eastern District of California faces an overwhelming caseload, particularly in light of the inundation of motions for emergency relief in immigration related habeas matters over the past several months. The court admonishes counsel that it will not look favorably in the future on the filing of unnecessary motions such as this.

For the reasons above, the court DENIES defendant's request to strike plaintiff's notice of supplemental authority (Doc. No. 19).

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE