Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM, PLLC**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

POOJA PRAKASH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WAYFAIR LLC,

Defendant.

Case No. 2:26-cv-00263-DAD-CKD

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION**

Judge: Hon. Dale A. Drozd

Pursuant to E.D. Cal. L.R. 230(m), Plaintiff Pooja Prakash brings to the Court's attention a recent opinion captioned *Schlueter-Beckner v. Simplisafe, Inc.*, No. 25-4933, 2026 U.S. App. LEXIS 26570 (9th Cir. Aug. 31, 2026), attached as **Exhibit A**. This opinion is relevant to Plaintiff's Opposition to Defendant's Motion to Dismiss and Compel Arbitration (ECF Nos. 13, 16).

In *Schlueter-Beckner*, the Ninth Circuit affirmed the denial of a motion to compel arbitration based on two webpage interfaces. First, the court found that the terms of service on the defendant's checkout page were not reasonably conspicuous due to the webpage's overall design and visual elements, including the credit-card-information input fields. *Id.* at *3-5. This is relevant to Section II.B.3 of Plaintiff's Opposition, which challenges the design and visual elements of Defendant's checkout page.

Second, the *Schlueter-Beckner* court held that the plaintiffs did not unambiguously manifest assent to the defendant's terms through its trial webforms because "the disclosure stated '[b]y submitting this number' Plaintiffs agreed to the terms, but the action button on the webform only stated 'Next.'" *Id.* at *6. The court concluded that this "mismatch of terms could easily confuse users" by leading them to believe, for instance, "that their number was not 'submitted' until the user completed the entire sign-up process, not just the individual webforms included in the sign-up process." *Id.* at *7. This is relevant to Section II.B.4 of Plaintiff's Opposition, which addresses a similar mismatch between Defendant's advisal, which states, "By ordering, you agree to our privacy policy and terms of use" and the action button, which states, "Continue with Klarna."

Dated: September 4, 2026

Respectfully submitted,

By: */s/ Adrian Gucovschi*

Adrian Gucovschi
**GUCOVSCHI LAW FIRM, PLLC.**
Adrian Gucovschi (SBN 360988)
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

Frank S. Hedin (SBN 291289)

**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com
*Attorneys for Plaintiff*